This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38064

**MARGARET B. RODRIGUEZ,**

Petitioner-Appellant,

v.

**AMANDA C. TAPIA,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Sylvia F. Lamar, District Judge**

Catron, Catron & Glassman, P.A.
Richard S. Glassman
Santa Fe, NM

for Appellant

Cuddy & McCarthy, LLP
Aaron J. Wolf
Santa Fe, NM

for Appellee

## MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}** Summary affirmance in part and reversal in part was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance in part and reversal in part has been filed and the time for doing so has expired. **Affirmed in part, reversed in part.**

**{2}    IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**BRIANA H. ZAMORA, Judge**